UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
                              )
UNITED STATES                 )
                              )
         Plaintiff,           )
                              )    CR-F-93-5070 REC
    vs                        )
                              )    ORDER REASSIGNING CASE
                              )
CARLOS RAMON GREEN            )    NEW CASE # CR-F-93-5070 REC
                              )
         Defendant.           )
                              )
_____)
```

IT IS HEREBY ORDERED that the above-entitled action be reassigned from the docket of Judge COYLE to the docket of Judge WANGER.

Dated: December 15, 2005        /s/ ROBERT E. COYLE_____
                                ROBERT E. COYLE
                                United States District Judge

**ALL FUTURE PLEADINGS SHOULD BE NUMBERED AS FOLLOWS:**

**CR F 93-5070 OWW**